THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID BAUMGARDNER, an individual; GIMME FIVE D, LLC, a Washington State limited liability company; and COMMENCEMENT VIEW, LLC, a Washington State limited liability company,<br><br>Plaintiffs,<br>v.<br><br>RUSTON, a fourth class municipal corporation; MICHAEL TRANSUE, individually and in his former official capacity as Ruston Mayor; HUITT-ZOLLARS, INC., a Texas corporation; and CARL STIXROOD, individually and in his official capacity as Ruston Town Planner,<br><br>Defendants. | CASE NO. 3:09-cv-05151-RJB<br><br>**ORDER ON STIPULATED MOTION TO ALTER CASE SCHEDULE** |

The Stipulated Motion to Alter Case Schedule filed September 4, 2009 is GRANTED. IT IS ORDERED that the Trial Date is postponed to June 14, 2010, and the Case Schedule is adjusted as follows:

GREEN &
YALOWITZ, PLLC
Law Offices
1420 Fifth Avenue, Suite 2010
Seattle, Washington 98101-4087
Tel (206) 622-1400 · Fax (206) 583-2707

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 12/14/2009 |
| All motions related to discovery must be FILED by | 01/22/2010 |
| Discovery COMPLETED by | 02/15/2010 |
| All dispositive motions must be FILED by | 03/15/2010 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 04/12/2010 |
| Mediation per CR 39.1(c)(3) HELD no later than | 05/17/2010 |
| Letter of compliance as to CR 39.1 FILED by<br>    A roster of Local Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253-882-3824. | 05/24/2010 |
| Motions in limine should be FILED by<br>    and NOTED on the motion calendar no later than the second Friday thereafter. | 05/17/2010 |
| Agreed pretrial order LODGED with the court by | 05/28/2010 |
| Pretrial conference will be HELD on<br>    (COUNSEL SHALL REPORT TO COURTROOM A) | June 4, 2010 at 08:30 AM |
| Trial briefs, proposed voir dire & jury instructions due | 06/04/2010 |

DATED: September 9th, 2009.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

\\Gyserver\lw\GY\1821\Huitt-Zollars\P\1821028 09.09 Order Alter Case Sched.doc

ORDER ON STIPULATED MOTION
TO ALTER CASE SCHEDULE - 2

GREEN &
YALOWITZ, PLLC
LAW OFFICES
1420 FIFTH AVENUE, SUITE 2010
SEATTLE, WASHINGTON 98101-4087
TEL (206) 622-1400 · FAX (206) 583-2707